# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER PETERSON,<br><br>　　　　Defendant.　　　　　　　／ | CASE NO. 1:05-CV-01370-AWI-LJO-P<br><br>ORDER DENYING MOTION FOR REFERRAL OF CLAIM TWO TO DISTRICT ATTORNEY'S OFFICE FOR CRIMINAL PROSECUTION<br><br>(Doc. 5) |

　　　　Plaintiff Francis W. Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 22, 2005, plaintiff filed a motion seeking the referral of his second claim in this action to the District Attorney's Office for criminal prosecution.

　　　　The Court is not involved in the referral of matters to the District Attorney's Office for criminal prosecution, and must therefore deny plaintiff's motion. However, plaintiff is not precluded from contacting the District Attorney's Office himself if he believes a crime has been committed against him.

　　　　Based on the foregoing, plaintiff's motion for referral of his second claim to the District Attorney's Office for prosecution is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:　December 9, 2005**　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE